IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| YOLANDA BEASLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:20-cv-02375-TLP-cgc |
| v. ) | |
| ) | JURY DEMAND |
| OX CAR CARE, INC., ) | |
| ) | |
| Defendant. ) | |

**JUDGMENT**

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint, filed on May 26, 2020. (ECF No. 1.) In accordance with the Stipulation of Dismissal (ECF No. 41), agreed to by the parties in the case and under Federal Rules of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**.

**APPROVED:**

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

February 9, 2022
Date